No. 577. THRASHER *v.* ADERHOLD, WARDEN. January 7, 1935. Petition for writ of certiorari to the Circuit

Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Frank B. Thrasher, pro se.* No appearance for respondent.